STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-647
consolidated with 06-646


VAN ROBIN, ET AL.

VERSUS

COCKRELL OIL & GAS CORPORATION


************


APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 96507,
HONORABLE KEITH R. J. COMEAUX, DISTRICT JUDGE


************


MICHAEL G. SULLIVAN
JUDGE


************


Court composed of Michael G. Sullivan, Elizabeth A. Pickett, and Billy Howard
Ezell, Judges.


AMENDED AND AFFIRMED AS AMENDED.

David M. Culpepper
Attorney at Law
400 Poydras Street, Suite 1710
New Orleans, Louisiana  70130
(504) 525-8111
Counsel for Plaintiff/Appellant:
     Cockrell Oil & Gas Corporation

James R. McClelland
Post Office Box 592
Franklin, Louisiana  70538
(337) 828-1880
Counsel for Plaintiff/Appellant:
     Cockrell Oil & Gas Corporation

**Vivian B. Guillory**
**Attorney at Law**
**Post Office Box 44033**
**Baton Rouge, Louisiana  70804**
**(225) 342-1800**
**Counsel for Defendant/Appellee:**
      **Oyster Lease Damage EvaluationBoard**

**Brandon J. Taylor**
**Philip F. Cossich**
**Cossich, Sumich, & Parsiola**
**Post Office Box 400**
**Belle Chasse, Louisiana  70037**
**(504) 394-9000**
**Counsel for Secondary Defendant/Appellant:**
      **Van Robin**
      **Clear Water Oysters, Inc.**

SULLIVAN, Judge.

For the reasons discussed in the companion case in this consolidated matter, *Cockrell Oil & Gas Corp. v. Caldwell*, 06-646 (La.App. 3 Cir. __/__/06), __ So.2d __, the Board's determination that Cockrell's drilling operations in October 2000 damaged Clear Water's oyster lease and its award of $174,270 as compensation for that damage is affirmed. Clear Water is entitled to legal interest on that award from July 26, 2000 until paid. Costs of this appeal are assessed to Cockrell Oil & Gas Corporation.

**AMENDED AND AFFIRMED AS AMENDED.**